UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Jeffrey Giordano and Stephanie Giordano,<br><br>Plaintiffs,<br><br>v.<br><br>Vermont Country Camper Sales, Inc.,<br><br>Defendant. | Civil Action No. 2:21–cv–133 |

## ORDER

On or before June 28, 2021, Plaintiffs shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 17th day of June 2021.

                                              */s/ Kevin J. Doyle*
                                              Kevin J. Doyle
                                              United States Magistrate Judge